UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | BK No.: |
| | ) | |
| | ) | Chapter: |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |