# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| | ) | Case # 13-00423 |
| CHAPALA, INC. | ) | |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |
| | ) | |
| | ) | |

To:  See Attached List

## NOTICE OF MOTION AND MOTION

**PLEASE TAKE** that on November 26, 2013, at the hour of 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the honorable Judge Eugene R. Wedoff in Courtroom 744 of the United States Bankruptcy Court, 219 S. Dearborn St. Chicago, IL or any other judge sitting in his stead, and shall then and there present the attached Motion to Close and Discharge a copy of which is hereby served upon you.  You may appear if you so choose.

Michael Choi  /Shinwon Law LLC
921 Oakton St.
Elk Grove Village, IL 60007
Tel:  847-434-0100
Fax:  847-239-7928

## CERTIFICATE OF SERVICE

I, Michael Choi, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated, or by first class mail by depositing with the United States Postal Service, Elk Grove Village, IL, postage prepaid, prior to 5:00 p.m. this 12th day of November, 2013.

_____/s/_____
Michael Choi

United States Trustee
219 S. Dearborn St.. #873
Chicago, IL 60604

Honorable Judge Eugene Wedoff
219 S. Dearborn St.. #744
Chicago, IL 60604

Banco Popular
c/o Miriam Stein
Chuhak & Tecson PC
30 W. Wacker #2600
Chicago, IL 60606

First Merit Bank
c/o Danica L Werhand
Aronberg Goldgen & Davis
330 N. Wabash #1700
Chicago, IL 60611

Chapala, Inc.
7117 N. Clark St.
Chicago, IL 60626

Miguel Hernandez
2308 W. Pratt Ave.
Chicago, IL 60645

Peoria Packing
1307 W. Lake St.
Chicago, IL 60607

J L Gonzalez Produce
2404 Wolcott #5-7
Chicago, IL 60608

Daily Meat Supply, Inc.
2323 W. Fulton
Chicago, IL 60608

USEC LLC
10333 Harwin Dr. #600
Houston TX 77035

Hudson Energy
P.O. Box 142109
Irving, TX 75014

Champion energy Systems
1500 Rankin Rd. #200
Houston, TX 77073-2000

U.S. Bankcorp Manifest Funding
1450 Channel Pkway
Marshall, MN 68258

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| | ) | Case # 13-00423 |
| CHAPALA, INC. | ) | |
| | ) | |
| Debtor. | ) | Honorable Eugene R. Wedoff |
| | ) | |
| | ) | |

### DEBTOR'S MOTION TO CLOSE AND DISCHARGE CHAPTER 11 CASE

NOW COMES the Debtor Chapala, Inc. by and through its attorney Michael Choi of Shinwon Law LLC and moves this honorable Court for an order closing the subject chapter 11 Case entering an order of Discharge. In support, the Debtor states as follows:

1. On October 9, 2013, the Court entered an Order Confirming Chapter 11 Plan and Approving Disclosure Statement.

2. The Confirmed Plan has been substantially consummated in accordance with 11 U.S.C. 1101(2) except for the completion of all plan payments.

3. All litigation has concluded and undersigned counsel states that to the best of counsel's knowledge, there are no outstanding issues that would preclude the administrative closure of this case.

4. By this Motion, and pursuant to 11 U.S.C. 1141(d) the Debtor seeks an order closing this case and granting of a discharger as of December 31, 2013.

5. All monthly reports and payments due to the U.S. Trustee shall be current as of the date of closing of this case

1

WHEREFORE, the Debtor respectfully requests that his Court enter an order closing this chapter 11 case and an order for an entry of a discharge and for such other and further relief as the Court deems appropriate.

                Respectfully Submitted

                _____/s/_____
                Michael Choi/Atty for Debtor

Michael Choi
921 Oakton St.
Elk Grove Village, IL 60007
847-434-0100