UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   13-00423 |
| CHAPALA, INC. | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Eugene Wedoff |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER CLOSING CASE AND GRANTING DISCHARGE

This cause coming on to be heard on the Motion of Debtor for Final Decree Closing Case and Entry of Order of Discharge, due notice having been given to parties entitled thereto and the Court being advised in the premises:

IT IS HEREBY ORDERED that:

1. The case is closed effective December 31, 2013; and

2. Debtor is granted a discharge under 11 U.S.C. §1141(d).

Enter:

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated:  December 31, 2013

**Prepared by:**

Michael Choi
921 Oakton St.
Elk Grove Village, IL 60007
847-434-0100